```
1   ALTAIR LAW
    Craig Peters, State Bar No. 184018
2   cpeters@altairlaw.com
    Jasleen Singh, State Bar No. 315315
3   jsingh@altairlaw.com
    465 California Street, Fifth Floor
4   San Francisco, CA 94104-3313
    Tel: (415) 988-9828
5   Fax: (415) 988-9815

6   DOGRA LAW GROUP PC
    Shalini Dogra, State Bar No. 309024
7   shalini@dogralawgroup.com
    2219 Main Street, Unit 239
8   Santa Monica, CA 90405
    Tel: (747) 234-6673
9   Fax: (310) 868-0170

10  Attorneys for Named Plaintiffs AMNERY CASTANEDA and DANIELLE STEINER and
    Proposed Class
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNERY CASTANEDA and DANIELLE STEINER, on behalf of themselves and all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> VI-JON, INC., a Missouri Corporation; and DOES 1 through 50, Inclusive, <br><br> Defendants. | CASE NO. 4:23-cv-00473-YGR <br><br> **STIPULATION TO DISMISS** <br><br> Complaint Filed:  02/01/2023 |

**TO THE COURT:**

Plaintiffs, AMNERY CASTANEDA and DANIELLE STEINER, and Defendant, VI-JON, INC. by and through their counsels of record, hereby stipulate to dismiss this matter pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear their own costs.

///

///

-1-
STIPULATION TO DISMISS

1  IT IS SO STIPULATED.
2
3  DATED: March 5, 2025                    ALTAIR LAW LLP
4
5                                          By: ___/s/ Jasleen Singh_____
                                                Craig M. Peters
6                                               Jasleen Singh
                                                Attorneys for Named Plaintiffs AMNERY
7                                               CASTANEDA and DANIELLE STEINER
                                                and Proposed Class
8
   DATED: March 5, 2025                    STEPTOE LLP
9
10
                                           By: __/s/ Melanie Ayerh_____
11                                              Carol R. Brophy
                                                Anthony Hopp
12                                              Melanie Ayerh
                                                Attorneys for Defendant, VI-JON, LLC
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
STIPULATION TO DISMISS